# IN THE SUPREME COURT OF THE STATE OF NEVADA

SALLY DORIAN VILLAVERDE,
Appellant,
vs.
CHARLES DANIELS,
Respondent.

No. 82822

FILED

MAY 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's appeal from a justice court judgment. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

Respondent has filed a motion to dismiss the appeal on the ground that this court lacks jurisdiction. Appellant has filed a response. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). As this court lacks jurisdiction over this appeal, the motion to dismiss is granted, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1]Appellant's "Notice to Stop Potential Dismissal for Failure to Pay Supreme Court Filing Fee" is denied as moot.

21-14621

cc: Hon. Christy L. Craig, District Judge
Sally Dorian Villaverde
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A